JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HUNTER KERHART,

         Plaintiff,

    v.

UNITED BEST SHEET METAL, INC., et al.,

         Defendant.

Case No. CV 24-8989 FMO (ASx)

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

      Having been advised by counsel that the above-entitled action has been settled, (Dkt. 28, Mediation Report), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than July 9, 2025**,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 9th day of June, 2025.

                                    /s/

                         Fernando M. Olguin
                     United States District Judge